443 A.2d 380

Commonwealth v. Harrison, Appellant.

Argued January 21, 1981. Malcolm W. Berkowitz, for appellant; Mark S. Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and DiSALLE, JJ.

Judgment of sentence affirmed.

POPOVICH, J., concurred in the result.

DiSALLE, J., did not participate in the consideration or decision of this case.